UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAMON MARTINEZ, ET AL.

VERSUS

KLLM TRANSPORT SERVICES, LLC, ET AL.

CIVIL ACTION

24-412-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated February 27, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the *Motion to Remand*[3] filed by Plaintiffs Ramon Martinez, Barbara Martinez, and Julio Pelegrino, is DENIED at this time.

**IT IS FURTHER ORDERED** that Defendants KLLM Transport Services, LLC and Christopher Michael Slade shall be given twenty-one (21) days from that ruling to file a motion for leave with an amended Notice of Removal that provides the information described in this Report in order to adequately allege the citizenship of the Thomas Milton Duff Amended and Restated Trust and the James Earnest Duff Amended and Restated

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 28.
[3] Rec. Doc. 10.

Trust. The proposed amended Notice of Removal should be self-contained and adequately allege the citizenship of all parties and the amount in controversy.

Signed in Baton Rouge, Louisiana, on this 25 day of March, 2025.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA