# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

RAMON MARTINEZ, BARBARA MARTINEZ, AND JULIO PELEGRINO

Plaintiff

v.

KLLM TRANSPORT SERVICES, LLC, and CHRISTOPHER MICHAEL SLADE

Defendant

3:24-cv-00412

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Plaintiffs, through undersigned counsel Brian King, and after consultation with counsel for defendants,

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

RAMON MARTINEZ,
BARBARA MARTINEZ,
JULIO PELEGRINO,
Aon Risk Services Southwest, Inc.,
KLLM Transport Services, LLC,
Investment Transportation Services, LLC,
Duff Capital Investors, LLC,
The Thomas Milton Duff Amended and Restated Trust,
The James Ernest Duff Amended and Restated Trust,
Thomas Milton Duff,
James Ernest Duff

Brian King, La Bar #24817

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.